# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 8:14-CV-03007-VMC-TGW

**Plaintiff:**
**GOOD MAN PRODUCTIONS, INC.**

vs.

**Defendant:**
**JAMIE NAZARIO**

For:
M. Keith Lipscomb
LIPSCOMB, EISENBERG & BAKER, PL
2 S. Biscayne Blvd.
Suite # Ph- 3800
Miami, FL 33131

JRT2015025238

Received by EXECUTIVE EXPRESS COURIER SERVICES on the **21st** day of April, 2015 at **12:51 pm** to be served on **JAMIE NAZARIO, 4624 LANDSCAPE DRIVE, TAMPA, FL 33624**.

I, Ana Castillo, do hereby affirm that on the **21st day of April, 2015** at **7:55 pm**, I:

**SUBSTITUTE - RESIDENTIAL:** served by delivering a true copy of the **Summons in a Civil Action, Amended Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **LINDA CRUZ** as **SPOUSE**, at the address of: **4624 LANDSCAPE DRIVE, TAMPA, FL 33624**, the within named person's usual place of abode, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2), no notary is required.

*ACastillo*

**Ana Castillo**
CPS 04-616218

**EXECUTIVE EXPRESS COURIER SERVICES**
4460 Nw 73 Ave
Miami, FL 33166
(305) 371-0292

Our Job Serial Number: JRT-2015025238
Ref: LMFL212-1

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



ORIGINAL

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| GOOD MAN PRODUCTIONS, INC. )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>JAMIE NAZARIO )<br>)<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 8:14-cv-03007-VMC-TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JAMIE NAZARIO
4624 Landscape Drive
Tampa, FL 33624

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  M. Keith Lipscomb, Esq.
Lipscomb, Eisenberg & Baker, PL
One Biscayne Tower
2 S. Biscayne Blvd., Suite 3800
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: April 1, 2015

*Signature of Clerk or Deputy Clerk*